

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2018

No. 04-17-00596-CV

**REGENT CARE CENTER OF SAN ANTONIO, L.P.**,
Appellant

v.

Robert H. **DETRICK** and Carolyn Dart Detrick,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-19462
Honorable Richard Price, Judge Presiding

## O R D E R

On June 14, 2018, appellees filed a Motion for Leave to Supplement Appendix of Appellees' Brief. After consideration, we **GRANT** appellees' motion.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court